**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Travell Hill, Appellant.

Appellate Case No. 2010-158046

Appeal From Greenville County
G. Edward Welmaker, Circuit Court Judge

Unpublished Opinion No. 2013-UP-198
Heard May 6, 2013 – Filed May 15, 2013

**AFFIRMED**

Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.

Attorney General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Mark R. Farthing, all of Columbia, and Solicitor Robert M. Ariail, of Greenville, for Respondent.

**PER CURIAM:** Travell Hill appeals his conviction for trafficking cocaine, arguing the trial judge erred in (1) denying his motion to suppress the drug evidence because his Fourth Amendment rights were violated when the officer did not have a reasonable suspicion that he was engaged in a serious criminal activity so as to warrant a continued detention after the issuance of a warning for a traffic stop, and (2) finding he lacked standing to challenge the lawfulness of the search and seizure of the rental car he was driving. Counsel for Hill filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967), asserting there were no meritorious grounds for appeal and requesting permission to withdraw from further representation. The Court denied the request to withdraw and directed the parties to file additional briefs. After careful consideration of the record and briefs, the judgment of the lower court is affirmed pursuant to Rule 220(b), SCACR, and the following authorities: *State v. Atieh*, 397 S.C. 641, 646, 725 S.E.2d 730, 733 (Ct. App. 2012) ("A ruling in limine is not final; unless an objection is made at the time the evidence is offered and a final ruling procured, the issue is not preserved for review."); *Futch v. McAllister Towing of Georgetown, Inc.*, 335 S.C. 598, 613, 518 S.E.2d 591, 598 (1999) (holding an appellate court need not review remaining issues when its determination of another issue is dispositive of the appeal).

**AFFIRMED.**

**SHORT, THOMAS, and PIEPER, JJ., concur.**